

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY  10007 | **Andrew Wenzel**<br>*Assistant Corporation Counsel*<br>(212) 788-0437<br>(212) 788-9776 (fax)<br>awenzel@law.nyc.gov |

March 14, 2012

**BY ECF**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

        Re:  Carlos Morales vs. City of NY, et al
            10 CV 5718 (SJ)(LB)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants in the above referenced civil rights action.  In that capacity, I write to inform the Court that the parties have settled this matter.  Accordingly, I have forward the requisite documents to plaintiff's counsel for execution.  As soon as the papers are fully executed, I will duly submit the Stipulation and Order of Settlement and Discontinuance to Judge Johnson for endorsement.

      I thank the Court for its time and attention to this matter

                              Respectfully submitted,

                              /S

                              Andrew P. Wenzel
                              Assistant Corporation Counsel
                              Special Federal Litigation Division

cc:    Honorable Sterling Johnson, Jr., United States District Judge (by ECF and hand delivery)

       Martin Schiowitz, Esq., attorney for plaintiff (by ECF)